BUTLER v. STINSON.

No. 424. Opinion Filed May 10, 1910

(108 Pac. 1103.)

APPEAL AND ERROR—Reversal—Failure of Defendant in Error to File Brief. Where plaintiff in error has completed his record and filed it in this court, and has served and filed a brief in compliance with the rules of the court, and defendant in error has neither filed a brief nor offered any excuse for such failure, the court is not required to search the record to find some theory upon which the judgment may be sustained; and, where the brief filed appears reasonably to

sustain the assignments of error, the court may reverse the judgment in accordance with the prayer of the petition of plaintiff in error.

Williams, J., dissenting.

(Syllabus by the Court.)

*Error from Bryan County Court; Chas. A. Phillips, Judge.*

Action between John Butler and Lizzie Stinson. From the judgment, Butler brings error. Reversed and remanded.

*Abbott & McPherren,* for plaintiff in error.

DUNN, C. J. This case presents error from the county court of Bryan county. The plaintiff in error duly prepared and filed a petition in error, with a case-made, on September 29, 1908. Thereafter, and on August 3, 1909, he prepared, served, and filed a brief in support of his petition in error. No brief has been filed on the part of defendant in error to this date, and no excuse or reason offered for such failure. An inspection of the brief of plaintiff in error discloses that it reasonably sustains the assignable error made therein, and on the authority of *Reeves & Co. v. Brennan,* 106 Pac. 959, *Buckner v. Oklahoma Nat. Bank et al.,* 106 Pac. 959, *Ellis et al. v. Outler et al.,* 106 Pac. 957, and *Butler et al. v. McSpadden,* 107 Pac. 170, (all cases reported in 25 Okla.) the judgment is reversed, and the cause remanded to the county court of Bryan county.

HAYES, KANE, and TURNER, JJ., concur; WILLIAMS, J., dissents.